USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2012

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

        - against -                        11 Crim. 468 (NRB)

Erikson Zapata,                            CORRECTING MEMORANDUM

                Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Memorandum and Order in this case signed on February 22, 2012 and filed on February 23, 2012 should be corrected as follows:

1. Page 2 Footnote 2: The phrase "but not specifying whether" should be removed from the citation following the footnote's initial sentence.

**IT IS SO ORDERED.**

Dated:   New York, New York
         February 23, 2012

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Correcting Memorandum has been mailed on this date to the following:

<u>Attorney for the Government</u>:
Kristy J. Greenberg, Esq.
U.S. Attorney's Office
One Saint Andrew's Plaza
New York, NY 10007

<u>Attorney for Defendant</u>:
Alexander Arandia, Esq.
Arandia & Arandia
118-35 Queens Boulevard, Suite 1201
Forest Hills, NY 11375